AARON GRAY et al., Appellants, *v.* MILTON KAUFMAN et al., Respondents.

Argued April 8, 1953; decided April 24, 1953.

**736**

*J. Norman Lewis, Benjamin Bartel* and *Richard Wincor* for appellants.

*Leo Fixler* and *Reuben Feinberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.